# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| **Plaintiff,** | * | |
| v. | * | **CIVIL ACTION NO.: 09-00424-CG-N** |
| **$46,030.00, more or less, in U.S. Currency** | * | |
| **Defendant.** | * | |

## JUDGMENT OF FORFEITURE

Pursuant to the Order entered this day, plaintiff's Motion for Entry of Forfeiture (Doc. 38) is **GRANTED** and **JUDGMENT** is hereby entered as follows:

1. The sum of $13,638.13 of the defendant $46,030.00 is forfeited to the United States for disposition in accordance with the law, pursuant to 21 U.S.C. §881(a)(6);

2. The sum of $32,168.13 of the defendant $46,030.00 is to be returned to Jacqueline "Jackie" Richardson, by and through her attorney, Donald M. Briskman, 205 Church Street, Mobile, Alabama, 36602;

3. The balance of $223.74 represents expenses of the U.S. Marshal's Service, which is to be paid to it before distribution to the parties; and,

4. Each party is to bear its own costs.

**DONE and ORDERED** this 5th day of November, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE